UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Berthe Benyam Abraha
16809 Heartwood Dr.
Rockville, MD 20855

Esayas Akalu
12320 Herrington Manor Dr.
Silver Spring, MD 20904

Samuel Habtewoled
6101 Sixteenth St., NW
Washington, DC 20011

Gudlu Melke
3401 Spring Lane
Apt. 102
Falls Church, VA 22041

    as individuals and on behalf of other
    similarly situated,

               Plaintiffs,

v.

Colonial Parking, Inc.
1050 Thomas Jefferson St., Suite 100
Washington, D.C. 20007, and

FCE Benefit Administrators, Inc.,
887 Mitten Rd.
Burlingame, California 94010

                Defendants.

Civil Action No. 1:16-cv-00680-CKK

## MOTION FOR ADMISSION *PRO HAC VICE*

    I, Harmon L. Cooper, hereby move for the admission *Pro Hac Vice* of Robert D. Eassa ("Petitioner") pursuant to Rule 83.2(d) of the Local Civil Rules of this Court. In support of this Motion, I state as follows:

1. Petitioner is a Partner with the law firm of Sedgwick LLP, 333 Bush Street, 30th Floor, San Francisco, CA 94104-2834.

2. Petitioner is a member in good standing of the Bar of the State of California.

3. Petitioner does not wish to be admitted to the District of Columbia Bar generally, but only for the purpose of representing defendant FCE Benefit Administrators, Inc. in this case.

4. Petitioner is familiar with the law, facts and procedures relating to the subject matter of this litigation.

5. Harmon L. Cooper of Sedgwick LLP, 2900 K Street, NW, Washington, DC 20007-5127, is counsel of record for defendant FCE Benefit Administrators, Inc. and will remain so. Harmon L. Cooper is a member in good standing of the bar of this Court.

6. Pursuant to Rule 83.2(d) of the Local Civil Rules of this Court, and in further support of this Motion, Petitioner's Declaration is attached hereto.

WHEREFORE, we request entry of an order (a) granting the Motion for Admission of Robert Eassa *pro hac vice;* and (b) allowing Petitioner to appear of record as co-counsel and practice *pro hac vice* before this Court.

DATED:   June 23, 2016          Respectfully submitted,

_____
Harmon L. Cooper, (D.C. Bar # 494544)
SEDGWICK LLP
2900 K Street, NW
Harbourside, Suite 500
Washington, DC 20007
Tel: (202) 204-1000
Fax: (202) 204-1001
*Attorney for Defendant*
*FCE Benefit Administrators, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Berthe Benyam Abraha
16809 Heartwood Dr.
Rockville, MD 20855

Esayas Akalu
12320 Herrington Manor Dr.
Silver Spring, MD 20904

Samuel Habtewoled
6101 Sixteenth St., NW
Washington, DC 20011

Gudlu Melke
3401 Spring Lane
Apt. 102
Falls Church, VA 22041

    as individuals and on behalf of other
    similarly situated,

               Plaintiffs,

v.

Colonial Parking, Inc.
1050 Thomas Jefferson St., Suite 100
Washington, D.C. 20007, and

FCE Benefit Administrators, Inc.,
887 Mitten Rd.
Burlingame, California 94010

               Defendants.

Civil Action No. 1:16-cv-00680-CKK

### DECLARATION OF NON-MEMBER OF THIS COURT'S BAR

I, Robert D. Eassa, declare and affirm under the penalties of perjury that I am a member in good standing of the Bar of the State of California, and that I am a member in good standing of the Bars of California, the U.S. Supreme Court, the U.S. Courts of Appeals for the Ninth

83407316v1

Circuit and Tenth Circuit, and the U.S. District Courts for the Northern, Eastern, and Central Districts of California, the Northern District of Illinois, and the District of Maryland.

My office address is 333 Bush Street, 30th Floor, San Francisco, CA 94104-2834, (415) 781-7900, and I am a Partner in the firm of Sedgwick LLP. I hereby affirm and declare that I have not been disciplined by any Bar. I further hereby declare and affirm that I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia within the last two years. Finally, I hereby declare and affirm that I do not have an office for the practice of law in the District of Columbia, and I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

                                        Robert D. Eassa
                                        SEDGWICK LLP
                                        333 Bush Street, 30th Floor,
                                        San Francisco, CA 94104-2834
                                        Phone: (415) 781-7900
                                        Fax: (877) 547-2780
                                        Email: robert.eassa@sedgwicklaw.com
                                        *Attorney for Defendant*
                                        *FCE Benefit Administrators, Inc.*

Subscribed and sworn to before me, in my presence, this 13th day of June 2016.

_Lynn M. Curry_
Notary Public   Lynn M. Curry

My Commission Expires: Dec. 16, 2017

LYNN M. CURRY
Commission # 2049480
Notary Public - California
San Francisco County
My Comm. Expires Dec 16, 2017

83407316v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2016, I electronically filed the foregoing MOTION FOR ADMISSION OF ROBERT D. EASSA *Pro Hac Vice* and accompanying DECLARATION with the Clerk of the Court using the CM/ECF system.

                                                                   /s/ Harmon L. Cooper
Harmon L. Cooper (Bar No. 494544)
SEDGWICK LLP
2900 K Street, NW
Harbourside, Suite 500
Washington, DC 20007
Phone: (202) 204-1000
Fax: (202) 204-1001
Email: monty.cooper@sedgwicklaw.com
*Attorney for Defendant*
*FCE Benefit Administrators, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Berthe Benyam Abraha<br>16809 Heartwood Dr.<br>Rockville, MD 20855<br><br>Esayas Akalu<br>12320 Herrington Manor Dr.<br>Silver Spring, MD 20904<br><br>Samuel Habtewoled<br>6101 Sixteenth St., NW<br>Washington, DC 20011<br><br>Gudlu Melke<br>3401 Spring Lane<br>Apt. 102<br>Falls Church, VA 22041<br><br>    as individuals and on behalf of other<br>    similarly situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>Colonial Parking, Inc.<br>1050 Thomas Jefferson St., Suite 100<br>Washington, D.C. 20007, and<br><br>FCE Benefit Administrators, Inc.,<br>887 Mitten Rd.<br>Burlingame, California 94010<br><br>                  Defendants. | Civil Action No. 1:16-cv-00680-CKK |

## ORDER

Before the Court is petitioner Robert D. Eassa's Motion for Admission *Pro Hac Vice*.

Plaintiff having failed to file an opposition does not oppose his admission. It is therefore hereby

**ORDERED** that petitioner's motion is **GRANTED**.

**SO ORDERED** this ___ day of _____ 2016.

_____
Colleen Kollar-Kotelly
U.S. District Judge