IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENYAM ABRAHA, *et al.*,
Plaintiffs,

v.   Civ. Action No. 1:16-00680 (CKK)

COLONIAL PARKING, INC., *et al.*,
Defendants.

## NOTICE OF ALL PARTIES REGARDING MEDIATION

All parties to the case, by counsel, hereby provide notice to the Court that they conducted a mediation with Nancy Lesser, Esq. of Pax ADR on October 18, 2016, from 9:30 a.m. to 5:00 p.m., but were unable to resolve this dispute at this time.

Respectfully submitted,

__/s/_____   ___/s/_____
Attison L. Barnes, III, Esq.   Edward A. Scallet
Wiley Rein LLP   EascoLaw PLLC
1776 K. Street, NW   2756 Stephenson Lane, NW
Washington, DC 20006   Washington, DC 20006

Counsel for Colonial Parking, Inc.   Counsel for Plaintiffs


__/s/_____
Robert D. Eassa, Esq.
Marc A. Koonin, Esq.
Sedgwick LLP
2900 K Street, NW
Washington, DC 20007

Counsel for FCE Benefit Administrators, Inc.