IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____

BENYAM ABRAHA, *et al.*,

Plaintiffs,

       v.                                Civ. Action No.  1:16-00680 (CKK)

COLONIAL PARKING, INC., *et al.*,

Defendants.

_____

## NOTICE OF SUPPLEMENTAL AUTHORITY

        Plaintiffs hereby notify the Court of Supplemental Authority relating to the pending Motions to Dismiss.  Attachment A is the Memorandum Opinion of September 9, 2016, in *Perez v. Chimes District of Columbia, Inc, et al.,* No. RDB-15-3315 (D. Md.), denying the Motion to Dismiss of FCE Benefit Administrators, Inc.  Attachment B is the Court's Memorandum Opinion of October 5, 2016, denying the Defendant Employer's Motion to Dismiss.

                                                                              Respectfully submitted,

                                                                              ___/s_____

                                                                              Edward Scallet
                                                                              EascoLaw, PLLC
                                                                              2756 Stephenson Lane NW
                                                                              Washington, DC 20015
                                                                              ted@eascolaw.com
                                                                              202-329-6399