UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Berthe Benyam Abraha
16809 Heartwood Dr.
Rockville, MD 20855

Esayas Akalu
12320 Herrington Manor Dr.
Silver Spring, MD 20904

Samuel Habtewoled
6101 Sixteenth St., NW
Washington, DC 20011

Gudlu Melke
3401 Spring Lane
Apt. 102
Falls Church, VA 22041

    as individuals and on behalf of other similarly situated,

               Plaintiffs,

v.

Colonial Parking, Inc.
1050 Thomas Jefferson St., Suite 100
Washington, D.C. 20007, and

FCE Benefit Administrators, Inc.,
887 Mitten Rd.
Burlingame, California 94010

                Defendants.

Civil Action No. 1:16-cv-00680-CKK

**DEFENDANT FCE BENEFIT ADMINISTRATORS, INC.'S OBJECTION TO AND MOTION TO STRIKE PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant FCE Benefit Administrators, Inc. ("FCE") respectfully objects to and asks this Court to strike and disregard Plaintiffs' Notice of Supplemental Authority and related attachment (ECF Nos. 25 and 25-1) filed in support of Plaintiff's Opposition (ECF No. 16) to FCE's Motion

to Dismiss and Motion to Strike (ECF No. 5) on the basis that it is completely irrelevant to the determination of the Motion to Dismiss and Motion to Strike.

The proper purpose of a Notice of Supplemental Authority is to call the Court's attention to a significant change in or clarification of controlling law. The Memorandum Opinion from the U.S. District Court for the District Court of Maryland in the *Chimes* litigation filed by Plaintiffs is neither a significant change in nor clarification of controlling law, and is not binding on this Court in this separate action based on different alleged facts involving different benefits for different employees pursuant to a different Plan sponsored by a different employer and subject to different Plan documents. Accordingly, this Court should strike and disregard Plaintiff's Notice of Supplemental Authority and related attachment (ECF Nos. 25 and 25-1) as irrelevant to the issues in dispute in this Action.

|  |  |
|---|---|
| October 24, 2016 | Respectfully submitted,<br><br>/s/ Marc A. Koonin<br>Robert D. Eassa<br>Marc A. Koonin<br>Harmon L. Cooper (D.C. Bar # 494544)<br>SEDGWICK LLP<br>2900 K Street, NW<br>Harbourside, Suite 500<br>Washington, DC 20007<br>Phone: (202) 204-1000<br>Fax: (202) 204-1001<br>Email: monty.cooper@sedgwicklaw.com<br><br>Attorney for Defendant<br>FCE Benefit Administrators, Inc. |