UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BERTHE BENYAM ABRAHA, *et al.*,

    Plaintiffs,

v.

COLONIAL PARKING, INC., *et al.*,

    Defendants.

Civil Action No. 1:16-cv-00680-CKK

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Meredith R. Philipp, hereby move for the admission *Pro Hac Vice* of Joel A. Kane ("Petitioner") pursuant to Rule 83.2(d) of the Local Civil Rules of this Court. In support of this Motion, I state as follows:

1. Petitioner is an Associate with the law firm of Sedgwick LLP, 333 Bush Street, 30th Floor, San Francisco, CA 94104-2834.

2. Petitioner is a member in good standing of the Bar of the State of California.

3. Petitioner does not wish to be admitted to the District of Columbia Bar generally, but only for the purpose of representing defendant FCE Benefit Administrators, Inc. in this case.

4. Petitioner is familiar with the law, facts and procedures relating to the subject matter of this litigation.

5. Meredith R. Philipp of Sedgwick LLP, 2900 K Street, NW, Washington, DC 20007-5127, is counsel of record for defendant FCE Benefit Administrators, Inc. and will remain so. In that capacity, Meredith R. Philipp shall assume the sponsorship of attorneys Robert D. Eassa and Marc A. Koonin; the previous sponsor having left Sedgwick LLP. The *Pro Hac Vice* Applications for Mr. Eassa (ECF No. 13) and Mr. Koonin (ECF No. 14) were granted by minute order on June 24, 2016. Meredith R. Philipp is a member in good standing of the bar of this Court.

84831491v1

6.      Pursuant to Rule 83.2(d) of the Local Civil Rules of this Court, and in further support of this Motion, Petitioner's Declaration is attached hereto.

WHEREFORE, we request entry of an order (a) granting the Motion for Admission of Joel A. Kane *pro hac vice;* (b) allowing Petitioner to appear of record as co-counsel and practice *pro hac vice* before this Court; and, (c) permitting Meredith R. Philipp to assume the sponsorship of Messrs. Eassa and Koonin, previously admitted *pro hac vice* in this matter.

DATED:      July 7, 2017            Respectfully submitted,

/s/ Meredith R. Philipp
Meredith R. Philipp (D.C. Bar #MD29153)
SEDGWICK LLP
2900 K Street, NW
Harbourside, Suite 500
Washington, DC 20007
Tel: (202) 204-1000
Fax: (202) 204-1001
Email:  meredith.philipp@sedgwicklaw.com
*Attorney for Defendant*
*FCE Benefit Administrators, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BERTHE BENYAM ABRAHA, *et al.*,

    Plaintiffs,

v.

COLONIAL PARKING, INC., *et al.*,

    Defendants.

Civil Action No. 1:16-cv-00680-CKK

## DECLARATION OF NON-MEMBER OF THIS COURT'S BAR

I, Joel A. Kane, declare and affirm under the penalties of perjury that I am a member in good standing of the Bar of the State of California, and that I am a member in good standing of the Bars of the U.S. District Courts for the Northern and Eastern Districts of California.

My office address is 333 Bush Street, 30th Floor, San Francisco, CA 94104-2834, (415) 781-7900, and I am an Associate in the firm of Sedgwick LLP. I hereby affirm and declare that I have not been disciplined by any Bar. I further hereby declare and affirm that I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia within the last two years. Finally, I hereby declare and affirm that I do not have an office for the practice of law in the District of Columbia, and I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

_____
Joel A. Kane
SEDGWICK LLP
333 Bush Street, 30th Floor,
San Francisco, CA 94104-2834
Phone: (415) 781-7900
Fax: (877) 547-2780
Email: joel.kane@sedgwicklaw.com
*Attorney for Defendant*
*FCE Benefit Administrators, Inc.*

84831491v1

## JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California     )
                        )
County of San Francisco )

Subscribed and sworn to (or affirmed) before me on this 6th day of July, 2017, by Joel A Kane proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)                  Signature Lynn M. Curry

LYNN M. CURRY
Commission # 2049480
Notary Public - California
San Francisco County
My Comm. Expires Dec 16, 2017

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERTHE BENYAM ABRAHA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COLONIAL PARKING, INC., *et al.*,<br><br>    Defendants. | Civil Action No. 1:16-cv-00680-CKK |

### ORDER

Before the Court is petitioner Joel A. Kane's Motion for Admission *Pro Hac Vice*. Plaintiff having failed to file an opposition does not oppose his admission. It is therefore hereby

**ORDERED** that petitioner's motion is **GRANTED**.

It is **FURTHER ORDERED** that Meredith R. Philipp shall assume the sponsorship of attorneys Robert D. Eassa and Marc A. Koonin, previously admitted *pro hac vice* in this matter on June 24, 2016.

**SO ORDERED** this ___ day of July 2017.

_____
Colleen Kollar-Kotelly
U.S. District Court Judge

84831491v1